**No. 10-1019. Abbyy Production, LLC, Petitioner v. Nuance Communications, Inc.**

564 U.S. 1053, 131 S. Ct. 3091, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5011.

June 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 626 F.3d 1222.